IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL JONES,

        Plaintiff,

-vs-

GENERAL MOTORS CORPORATION,

        Defendant.

Case No. 3:08-cv-204

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

**ORDER ADOPTING REPORT AND RECOMMENDATIONS ON DEFENDANT'S MOTION TO DISMISS**

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 22, 2008, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that the Motion to Dismiss of Defendant General Motors (Doc. No. 16) be, and it hereby is GRANTED. The Clerk will enter judgment dismissing this case with prejudice.

September 25, 2008.

                                              Thomas M. Rose
                                              United States District Judge